# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTE SHEET

UNITED STATES OF AMERICA　　　　　　　Date:　November 4, 2015

vs.　　　　　　　　　　　　　　　　　　　Case No.: 13-4051-06-CR-C-BCW

BRIAN CHRISTOPHER YOUNG

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 11:08 am　　　　　　**Time Terminated:** 11:27 am

## APPEARANCES

**Plaintiff's counsel:** Jim Lynn
**Defendant's counsel:** Steven C. Reed, CJA
**Probation officer:** Tracey D. Cowin

---

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Defendant committed to the custody of BOP for a period of 77 months on Count 1 of the Second Superseding Indictment; followed by 4 years supervised release on Count 1 of the Second Superseding Indictment. FINE: waived; MSA: $100. Standard/Additional Conditions of Supervision imposed. All remaining counts dismissed. Defendant remanded to custody of USM. Dft advised of right to appeal

---

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** Carrie James